IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEROY HAWKINS,** | Case No. 2:14-cv-02653-MCE-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **JEFFREY BEARD, et al.,** | |
| Defendants. | |

   In light of the stipulation of the parties, and good cause appearing, it is ordered that Defendants are granted an extension of time to file a response to the complaint by January 9, 2015.

   IT IS SO ORDERED.

Dated:  November 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT